**SAO**
Joseph F. Schmitt, Esq.
Nevada Bar No. 9681
LERNER & ROWE INJURY ATTORNEYS
4795 South Durango Drive
Las Vegas, Nevada 89147
Telephone:  (702) 877-1500
Facsimile:   (702) 941-5138
E-mail: jschmitt@lernerandrowe.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY SMITH,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation; DOES I-X; AND ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | CASE NO.: 2:23-CV-00963<br><br>**STIPULATION AND ORDER TO REMAND CASE TO EIGHTH JUDICIAL DISTRICT COURT** |

   Plaintiff ANTHONY SMITH ("Plaintiff"), by and through his counsel of record, Joseph F. Schmitt, Esq., of LERNER & ROWE INJURY ATTORNEYS, and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("Defendant"), by and through its counsel of record, Philip Goodhart, Esq. of THORNDAL ARMSTRONG, PC, hereby stipulate that Plaintiff will not seek damages in excess of Seventy-Five Thousand Dollars ($75,000.00), including, without limitation, attorney's fees, costs, and interest.  As a result, the parties hereby stipulate this case does not meet the requirements for federal jurisdiction based on diversity of citizenship under 28 U.S.C. § 1332.

. . .

. . .

. . .

Accordingly, the parties hereby stipulate to the remand of this matter to the Eighth Judicial District Court for further proceedings without the award of sanctions to either party.

**IT IS SO STIPULATED.**

DATED this 6th day of July, 2023.            DATED this 6th day of July, 2023.

LERNER & ROWE INJURY ATTORNEYS            THORNDAL ARMSTRONG, PC

*/s/ Joseph F. Schmitt*            */s/ Philip Goodhart*
Joseph F. Schmitt, Esq.            Philip Goodhart, Esq.
Nevada Bar No. 9681            Nevada Bar No. 5332
4795 South Durango Drive            1100 East Bridger
Las Vegas, NV  89147            Las Vegas, Nevada 89101
*Attorneys for Plaintiff*            *Attorneys for Defendant*

**ORDER**

Pursuant to the stipulation of the parties, **IT IS ORDERED** that this matter is hereby remanded to the Eighth Judicial District Court for further proceedings.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
DATED: July 10, 2023